

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellee, ordered appeal dismissed for failure of appellants to print record and file briefs as required by rules 23 and 24 of the Rules of Practice of this court; mandate forthwith.

---

**F. W. CRAWFORD v. F. M. ROBERTSON, Trustee in Bankruptcy of BLUFF CITY ENGRAVING CO.**

No. 6392.

Circuit Court of Appeals, Sixth Circuit.

Feb. 7, 1934.

McDonald & McDonald, of Memphis, Tenn., for appellant.

Eugene Lerner, of Memphis, Tenn., for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

---

**Emilio CUE, alias Dick Cue, v. UNITED STATES of America.**

No. 6547.

Circuit Court of Appeals, Sixth Circuit.

Dec. 8, 1933.

Joseph Charnoske, of Detroit, Mich., for appellant.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich.

PER CURIAM.

Order of District Court affirmed.

---

**DETROIT FIDELITY & SURETY CO. v. UNITED STATES of America for Use and Benefit of James J. HAGGERTY, Original Petitioner, and Schwab Safe Company, Z. W. Vaughn, G. H. Trevathan Company, Otto Houri, C. D. Trevathan, Executor of the Estate of Chas. Lansdell, Deceased, R. A. Johnsonius, George D. Smith, and Sam Palmer, Intervening Petitioners.**

No. 6352.

Circuit Court of Appeals, Sixth Circuit.

Dec. 12, 1933.

Pigford & Key, of Jackson, Tenn., for appellant.

Maddox & Maddox, of Huntingdon, Tenn., and R. H. Rhodes, of Paris, Tenn., for appellees.

PER CURIAM.

Dismissed upon court's own motion.

---

**Carl I. DINGFELDER and Benjamin Balish, Copartners, Doing Business under the Firm Name of Dingfelder & Balish, Appellants, v. THE Steamship BRENTA II, Her Engines, etc., Navigazione Libera Triestina S. A., Appellee.**

**Ramon J. BOERA and Alvaro Boera, Copartners, Doing Business under the Firm Name of Boera Brothers, Appellants, v. THE Steamship BRENTA II, Her Engines, etc., Navigazione Libera Triestina S. A., Appellee.**

Nos. 246, 247.

Circuit Court of Appeals, Second Circuit.

Feb. 5, 1934.

Finkler & Finkler, of New York City (Frank I. Finkler, Jesse H. Finkler, and Michael C. Bernstein, all of New York City, of counsel), for appellants.